# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 6, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

145237(63)(66)(67)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JOHN M. MUSSER,
      Defendant-Appellant.

_____

SC:  145237
COA:  301765
Kent CC:  10-005943-FH

      On order of Chief Justice, motions by plaintiff-appellee for extension of time  and by defendant-appellant for extension of time for filing his reply and for enlargement of the page limitation are considered and they are granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 6, 2013 _____

_____
Clerk